UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL 711 HEALTH & WELFARE, and VACATION FUND, and FINISHING TRADES INSTITUTE and HARRY J. HARCHETTS, as Trustee and Fiduciary for DISTRICT COUNCIL 711 HEALTH & WELFARE, and VACATION FUNDS, and FINISHING TRADES INSTITUTE,<br><br>*Plaintiffs*,<br><br>v.<br><br>INTERIORS BY STEVE, INC.,<br><br>*Defendant*. | Civil Action No. 13-3511(KSH) (CLW)<br><br>**ORDER GRANTING MOTION FOR DEFAULT JUDGMENT** |

**THIS MATTER** having come before the Court upon a motion for default judgment [D.E. 7] filed by plaintiffs, International Union of Painters and Allied Trades District Council 711 Health & Welfare, and Vacation Fund, and Finishing Trades Institute, and Harry J. Harchetts, as Trustee and Fiduciary for District Council 711 Health & Welfare, and Vacation Funds, and Finishing Trades Institute ("plaintiffs"); and

The complaint in this matter having been filed on June 6, 2013; and service of the Summons and Complaint having been made on defendant Interiors by Steve, Inc. ("defendant"), on July 6, 2013; and the Clerk of the Court having entered default against defendant on August 15, 2013; and the Court having reviewed the papers; and good cause appearing,

**IT IS** on this 1st day of November, 2013,

**ORDERED** that plaintiff's motion for default judgment [D.E. 7] is GRANTED.

                                                          /s/ Katharine S. Hayden
                                                          Katharine S. Hayden, U.S.D.J.